IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY JOE WILLIAMS
ADC # 63632                                                                                       PLAINTIFF

V.                                  5:07CV00040 JMM/HDY

JOHN BIAS, Director of Medical Services,
Arkansas Department of Correction; STATE OF
ARKANSAS; ARKANSAS DEPARTMENT
OF CORRECTION; MULLINS, Infirmary
Administrator, Tucker Unit, Arkansas Department
of Correction; WASEEN SHAH, Dr., Tucker Unit,
Arkansas Department of Correction; and
CORRECTIONAL MEDICAL SERVICES                                                 DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against the State of Arkansas and the Arkansas Department of Correction are dismissed with prejudice, and they are terminated as party Defendants; and

2. Service is appropriate on Defendants Bias, Mullins, Shah, and Correctional Medical

1

Services. The Clerk of the Court is directed to prepare a summons for these Defendants, and the United States Marshal is directed to serve a copy of the Complaint (docket entry #2), this Order, and summons on Defendants, without prepayment of fees and costs or security therefore.

DATED this 19th day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE